Steven Paul FLEMING, Appellant

v.

LACKAWANNA COUNTY COURT-
HOUSE; Lackawanna County
Government; Senior Judge.

No. 09–2957.

United States Court of Appeals,
Third Circuit.

Submitted for Possible Dismissal
Pursuant to 28 U.S.C. § 1915(e)(2)(B) or
Summary Action

Pursuant to Third Circuit LAR 27.4 and
I.O.P. 10.6 Sept. 24, 2009.

Opinion filed Oct. 9, 2009.

Steven Paul Fleming, Lansdale, PA, pro
se.

Before: McKEE, FISHER and
CHAGARES, Circuit Judges.

OPINION

PER CURIAM.

Steven Paul Fleming, proceeding *pro se*,
appeals from the District Court's dismissal
of his amended complaint. For the rea-
sons that follow, we will dismiss the appeal
pursuant to 28 U.S.C. § 1915(e)(2)(B).

Fleming filed a complaint in the United
States District Court for the Middle Dis-
trict of Pennsylvania on April 14, 2009.
The District Court construed it as seeking
relief under 42 U.S.C. § 1983 and issued
an order explaining the defects in Flem-
ing's complaint, setting out the informa-
tion required to state a claim under
§ 1983, and ordering Fleming to amend
his complaint to comply with those re-
quirements. Fleming filed an amended
complaint, the substance of which is de-
scribed in great detail in the Magistrate
Judge's Report & Recommendation. The
amended complaint named Lackawanna
County Courthouse and Lackawanna
County as the defendants. As the Magis-
trate Judge explained, Fleming failed to
specify any conduct, wrongful or other-
wise, of any properly named defendant. A
fair reading of Fleming's complaint does
not indicate what specific wrongs he seeks
to remedy or who committed them. Addi-
tionally, the Magistrate Judge recom-
mended that Fleming not be permitted to

amend his complaint for a second time, as it appeared that any such amendment would be futile. By order entered June 9, 2009, the District Court adopted the Magistrate Judge's Report & Recommendation and dismissed the action pursuant to 28 U.S.C. § 1915(e).

We have jurisdiction over this appeal pursuant to 28 U.S.C. § 1291. Because Appellant has been granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915, we review this appeal for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B). An appeal must be dismissed under § 1915(e)(2)(B) if it has no arguable basis in fact or law. *See Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). For all of the reasons given by the Magistrate Judge, we agree that Fleming failed to state a claim upon which relief could be granted and, accordingly, conclude that this appeal must be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).